NUMBER 13-03-274-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


BARBARA G. MASSINGILL, Appellant,


v.



INGLESIDE HOUSING AUTHORITY, Appellee.

___________________________________________________________________


On appeal from the 343rd District Court


of San Patricio County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Garza


Memorandum Opinion Per Curiam


 A review of this appeal shows appellant, Barbara G. Massingill, filed her brief on
May 19, 2005. In a letter dated May 24, 2005, the Clerk of this Court informed appellant
that her brief was deficient because it did not comply with rule 38.1 of the Texas Rules of
Appellate Procedure. See Tex. R. App. P. 38.1. The Court notified appellant she had until
June 2, 2005, to file: (1) an amended brief correcting the deficiencies; and (2) a motion for
leave to file the amended brief. Appellant was told that her appeal would be dismissed if
she failed to file a proper brief and motion to leave by this date.

 Although appellant has made subsequent filings with this Court, including several
"additions" to her original brief, none of the filings consist of an amended brief or a motion
for leave to file.

 A review of appellant's brief shows the brief still does not comply with the rules of
appellate procedure. See generally Tex. R. App. P. 38.1 (delineating requirements for
appellant's brief). Specifically, the brief does not include an index of authorities, a
statement of the case, a concise statement of the issues presented for review, a statement
of facts, a summary of the argument, or an appendix. See id. The brief does not contain
any page references to the appellate record, nor does it contain a clear and concise
argument for the contentions made with appropriate citations to authorities or to the record. 
See id. 

 Appellant has failed to comply with requirements of the appellate rules and a
directive from this Court. Her brief does not substantially comply with the rules of appellate
procedure. See Tex. R. App. P. 38.9. Therefore, this appeal is DISMISSED. See Tex. R.
App. P. 38.8, 38.9 & 42.3.

 PER CURIAM

Memorandum Opinion delivered and filed 

this the 7th day of December, 2006.